UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 27, 2024

Deidra Ritchhart
605 East Tabernacle Street
Apartment B113
St. George, UT 84770

**RE:**　　23-4078, Ritchhart v. DeJoy
　　　　　Dist/Ag docket: 4:23-CV-00001-PK

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:　　Amanda A. Berndt
　　　Nathan Jack
　　　Kate Montgomery Swearengen

CMW/djd